ORIGINAL FILED

06 SEP -8 AM 8:55

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1 CAROL C. LAM
   United States Attorney
2 THOMAS C. STAHL
   Assistant U.S. Attorney
3 Chief, Civil Division
   California State Bar No. 78291
4 Office of the U.S. Attorney
   Federal Office Building
5 880 Front Street, Room 6293
   San Diego, California 92101-8893
6 Telephone: (619) 977-7140

7 Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 JOHN B. OGLE                    ) Case No. 05cv0252-H (LSP)
                                   )
12              Plaintiff,         )
                                   ) STIPULATION TO EXTEND
13        v.                       ) TIME TO RESPOND TO
                                   ) PLAINTIFF'S MOTION FOR
14 JO ANNE B. BARNHART,            ) ATTORNEY'S FEES
   Commissioner of Social Security ) AND ORDER THEREON
15 Administration,                 )
                                   )
16              Defendant.         )
                                   )
17 _____

18        IT IS HEREBY STIPULATED by the Defendant, Jo Anne Barnhart, Commissioner of Social

19 Security Administration, and the Plaintiff, John B. Ogle, through their undersigned counsel, that the time

20 for the Defendant to respond to Plaintiff's Motion For Attorney's Fees shall be extended from September

21 1, 2006 to September 7, 2006.

22        DATED: 9/7/06                          CAROL C. LAM
                                                 United States Attorney
23
24                                               /s/ Tom Stahl
                                                 THOMAS C. STAHL
25                                               Assistant U. S. Attorney
                                                 Attorneys for Defendant
26
27                                               /s/ Thomas G. Roche
   DATED: 9/6/06                                 THOMAS G. ROCHE
28                                               Attorney for Plaintiff



## ORDER

**FILED**

Upon stipulation of the parties, IT IS ORDERED that the time for Defendant to respond to the Motion For Attorney's Fees shall be extended from September 1, 2006 to September 7, 2006.

IT IS SO ORDERED.

BY: 

DEPUTY

DATED: 9/7/06

United States District Judge